1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

FERD M. NASH, et al.,                )        Case No.: CV 13-5323 DSF (MANx)
                        )
        Plaintiffs,        )
                        )
    vs.                )        JUDGMENT
                        )
BANK OF AMERICA, N.A., et al.,        )
                        )
        Defendants.        )
                        )
_____        )

      The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having

ordered that the case be dismissed by consent of Plaintiff as evidenced by lack of

opposition to a motion to dismiss,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action

be dismissed, and that defendants recover their costs of suit pursuant to a bill of

costs filed in accordance with 28 U.S.C. § 1920.

Dated: December 5, 2013

_____
             Dale S. Fischer
       United States District Judge